[No. 69228-3-I.   Division One.   November 12, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY JOSEPH CORBELLA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-07841-4, Michael Hayden, J., entered July 27, 2012. *Affirmed* by unpublished opinion per Leach, C.J., concurred in by Cox and Appelwick, JJ.

[No. 69268-2-I.   Division One.   November 12, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. RYAN CHRISTOPHER TERRY, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 12-1-00055-1, Anita L. Farris, J., entered August 28, 2012. *Affirmed* by unpublished opinion per Leach, C.J., concurred in by Cox and Appelwick, JJ.

[No. 69359-0-I.   Division One.   November 12, 2013.]

JOHN F. KLINKERT, *Appellant*, v. THE WASHINGTON STATE LIQUOR CONTROL BOARD, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 12-2-02310-5, Ellen J. Fair, J., entered August 30, 2012. *Affirmed* by unpublished opinion per Cox, J., concurred in by Leach, C.J., and Appelwick, J.

[No. 69519-3-I.   Division One.   November 12, 2013.]

MATT SUROWIECKI, JR., ET AL, *Appellants*, v. HAT ISLAND COMMUNITY ASSOCIATION, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 12-2-07520-2, Bruce I. Weiss and Richard T. Okrent, JJ., entered September 28 and October 17, 2012. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Appelwick, J., concurred in by Grosse and Dwyer, JJ.